No. 914, Misc. HOAG v. NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 920, Misc. ROBINS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 922, Misc. MANOLOTO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Richard W. Lowery* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for respondent.

No. 952, Misc. SPELLER v. COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 956, Misc. HILBERT v. McMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 957, Misc. TUCKER v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 959, Misc. DAUGHERTY v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 961, Misc. KENDRICK v. CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 962, Misc. BURKS v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 978, Misc. CANTRELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.